**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT PITRE** | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| **v.** | § | **Case No.  3:24-cv-00369** |
| | § | |
| | § | |
| | § | |
| **MERCEDES-BENZ USA, LLC** | § | |
| *Defendant.* | § | |
| | § | |

**DEFENDANT MERCEDES-BENZ NORTH USA LLC'S NOTICE OF REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Mercedes-Benz USA LLC (Hereinafter referred to as "Mercedes North America"), Defendant herein, and file this Notice of Removal on the basis of diversity jurisdiction pursuant to 28 U.S.C. §1332, 1441 and 1446 et. seq., and would respectfully show the Court as follows:

**BACKGROUND**

1.      Mercedes-Benz USA LLC is the defendant in a civil action pending in the Cause No. DC-23-18987; *Robert Pitre v. Mercedes-Benz North America Corporation*; In the 191st Judicial District Court of Dallas County, Texas (hereinafter referred to as the "State Court Action"). An Index of State Documents Filed with the Notice of Removal is attached hereto and true and correct copies of all process, pleadings, and orders served upon Mercedes-Benz USA LLC in the State Court Action are attached hereto as required by 28 U.S.C. § 1446(a).

2.      The State Court Action was filed on November 10, 2023. Plaintiff then filed his Amended Petition on December 8, 2023. Plaintiff then filed on January 1, 2024, his Second Amended Petition naming Defendant Mercedes-Benz USA, LLC for the first time. In the Second Amended Petition, Plaintiff specifically states that he is seeking monetary relief in excess of $100,000.00 but less than $200,000.00. Thus, it is facially apparent from the Petition that Plaintiff seeks damages in excess of $75,000.00, such that the amount in controversy requirement for diversity jurisdiction is satisfied. This Notice of Removal is timely filed within thirty (30) days of service of process of the first pleading or other paper from which it could be determined that the amount in controversy is in excess of $75,000.00, exclusive of costs. See 28 U.S.C. § 1446(b).

## DIVERSITY OF CITIZENSHIP

3.      Plaintiff is, and was at the time of the filing of this action, a resident of Dallas County, Texas.

4.      Defendant Mercedes-Benz USA, LLC is a foreign corporation incorporated under the laws of Delaware and maintains its principal place of business in Michigan.

5.      Consequently, the district courts of the United States have original jurisdiction over this action based on complete diversity of citizenship amongst and between the parties, in that Plaintiff and Defendant are now, and were at the time this action commenced, diverse in citizenship from each other pursuant to 28 U.S.C. §1332.

## SATISFACTION OF REMOVAL REQUIREMENTS

6.      Defendant was served with Plaintiff's Amended Original Petition on December 21, 2023. Thus, this Notice of Removal is being filed within thirty (30) days of Mercedes North America's receipt of the Petition, as required by 28 U.S.C. §1446(a).

7.     Copies of all state court pleadings and process are attached hereto with an index as required by 28 U.S.C. §1446(a) and the Local Rules.

8.     All fees required by law in connection with this Notice have been paid by Defendant.

9.     Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being filed with the 191st Judicial District Court of Dallas County, Texas and served upon counsel for Plaintiff pursuant to 28 U.S.C. §1446(d).

10.     Defendants complied with all requirements for removal under Title 28, United States Code.

WHEREFORE, Defendant MERCEDES-BENZ NORTH AMERICA CORPORATION, hereby removes the case styled Cause No. DC-23-18987; *Robert Pitre v. Mercedes-Benz North America Corporation*; In the 191st Judicial District Court of Dallas County, Texas, and respectfully requests that this Court assume full jurisdiction of this proceeding for all purposes as if originally filed in this Court, including but not limited to issuing any orders necessary to stay proceedings in the State Court Action.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Joelle G. Nelson*
**JOELLE G. NELSON**
Texas Bar No.: 24032501
**AL DURRELL**
Texas Bar No.: 24027300
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Phone: (713) 659-6767
Fax: (713) 759-6830
Joelle.Nelson@lewisbrisbois.com
Al.Durrell@lewisbrisbois.com
**ATTORNEYS FOR DEFENDANT,**

**MERCEDES-BENZ USA LCC**

**MERCEDES-BENZ USA LCC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this the 16th day of February, 2024:

***Counsel for Plaintiff:***
Kevin S. Wiley, Sr.
**WILEY LAW GROUP**
325 N. St. Paul, Suite 2250
Dallas, Texas 75201
Phone: 214.537.9562
Fax: 972.449.5717
Email: kwiley@wileylawgroup.com

                              */ s / Joelle G. Nelson*
                              JOELLE G. NELSON